SALLY H. KATZMAN, Respondent-Appellant, v. HOWARD A. KATZMAN, Appellant-Respondent.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.